**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF WEST VIRGINIA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>and<br><br>THE STATE OF WEST VIRGINIA,<br>by and through the<br>WEST VIRGINIA DEPARTMENT OF<br>ENVIRONMENTAL PROTECTION<br><br>    *Plaintiffs*,<br><br>    v.<br><br>WACO OIL & GAS CO., INC.,<br><br>    *Defendant*. | Civil Action No. 1:23-CV-78 (KLEEH) |

### ORDER GRANTING MOTION TO ENTER CONSENT DECREE [ECF NO. 9]

Upon consideration of Plaintiffs' Unopposed Motion to Enter the Consent Decree and the accompanying memorandum in support, the Court finds that the Consent Decree is fair, reasonable, in the public interest, and consistent with the statutory purposes, and hereby GRANTS the motion [ECF No. 9].

The Court will therefore sign the Consent Decree lodged by the United States on September 28, 2023 [ECF No. 4-1], and it is hereby ORDERED that the Decree shall be entered as the final judgment in this action.

SO ORDERED this 8th day of January, 2024.

*/s/ Thomas S. Kleeh*
THOMAS S. KLEEH, CHIEF JUDGE
NORTHERN DISTRICT OF WEST VIRGINIA